443 A.2d 399

In The Matter Of: J. A. H., K. R. H. and J. T. H.

Appeal of: P. H.

Submitted May 21, 1981. William Taggart, for appellant; William Dopierala, for appellees.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

443 A.2d 399

Lankenau Hospital v. Smith, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued January 25, 1982. James L. Womer, for appellant; Michael Borish, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order of the court below is affirmed.